

10-CR-00025-WV

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR10-025-TSZ |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MICHAEL MAUD, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:   Possession with Intent to Distribute MDMA/Ecstacy

<u>Date of Detention Hearing</u>:   February 8, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is a native and citizen of Canada. A detainer has been placed by the Bureau of Immigration and Customs Enforcement.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

(2) Defendant's criminal history includes numerous failures to appear and to comply with court orders. He has a significant controlled substance abuse history, as well as a history of unstable residences and employment. Defendant does not contest detention.

(3) Defendant poses a risk of nonappearance due to Canadian citizenship, unstable residence and employment history, unverified or contradictory background information, controlled substance use, previous failures to appear and violations of supervision. He poses a risk of danger due to controlled substance use and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of February, 2010.

s/ Mary Alice Theiler<br>United States Magistrate Judge